AO 442 (Rev. 11/11) Arrest Warrant

FID 10477949

# UNITED STATES DISTRICT COURT

for the

District of Columbia

> **RECEIVED**
> **By USMS  District of Columbia District Court at 10:59 am, Aug 23, 2024**

United States of America

v.

MALIQUE LEWIS,
TELEKA LEWIS, AND
MICHAEL LEWIS

*Defendant*

)
)
)
)
)
)

**Case: 1:24-cr-00385**
**Assigned To : Judge Tanya S. Chutkar**
**Assign. Date : 8/22/2024**
**Description: INDICTMENT (B)**

## ARREST WARRANT

To:       Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    MICHAEL LEWIS                                                                 ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. 846- Conspiracy to Distribute
21 U.S.C. 841(a)(1)- Possession with Intent to Distribute
18 U.S.C. 1791(a)(1)- Providing Contraband in Prison

Date:       08/22/2024

_____
*Issuing officer's signature*

City and state:      Washington, DC

_____ , U.S. Magistrate Judge
*Printed name and title*

| Return |
| --- |

This warrant was received on *(date)* 08/23/24, and the person was arrested on *(date)* 08/27/2024
at *(city and state)* washington, DC.

Date: 08/27/2024

_____
*Arresting officer's signature*

A. Acuna  DUSM
*Printed name and title*